DECONCINI MCDONALD YETWIN & LACY, P.C.
7310 NORTH 16TH STREET, SUITE 330
PHOENIX, ARIZONA 85020
PH: (602) 282-0500
FAX: (602) 282-0520
E-MAIL: LHIRSCH@DMYLPHX.COM

LAWRENCE D. HIRSCH (#004982)
ATTORNEYS FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>YUERG EICHMANN AND<br>DEIDRE KRYSTEK-EICHMANN<br><br>Debtors<br>_____<br><br>YUERG EICHMANN and<br>DEIDRE KRYSTEK-EICHMANN<br><br>Plaintiffs<br><br>vs.<br><br>BANK OF AMERICA N.A.<br><br>_____ | In Proceedings Under Chapter 11<br><br>Case No.2:08-bk-18784-SSC<br><br><br><br>Adv. No. 2:10-ap-00027 SSC<br><br><br><br>COMPLAINT<br><br>[Re: 829 E. Lola Dr.<br> Phoenix AZ 85022] |

Plaintiffs, by and through their attorney unsigned, state as follows:

I

Plaintiffs filed for relief under Chapter 11 of Title 11 on or about December 24, 2008. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C.

§1334. This matter, a complaint to determine extent, validity and priority of liens, is a core proceeding under 28 U.S.C. §157(b)(2)(K). This matter is an adversary proceeding governed by Bankruptcy Rules 7001 et seq.

II

Debtors are the owners of real property located 829 E. Lola Dr., Phoenix, Arizona. The property is not utilized by them as their residence.

III

The property is encumbered by a first lien in favor of CitiMortgage, in an amount of $75,000.00, not including arrears, interest and costs. The house is worth $60,000.00 pursuant to an appraisal conducted on October 2, 2009 by Instant Certified Appraisal by Aram Autry. A copy of the appraisal is attached hereto, as Exhibit "A" and incorporated herein by this reference.

IV

Defendant, BANK OF AMERICA N. A. (hereinafter Bank of America) holds a second lien on the subject property, pursuant to a Deed of Trust recorded in the Maricopa County Recorder's Office on October 2, 1998, at Record Number 199808887400. BANK OF AMERICA asserts that it is a secured creditor, entitled to enforce its lien rights on the property.

V

In fact, based upon the recent appraisal of the property, Defendant, BANK OF AMERICA is a wholly unsecured creditor as to its second lien position. There is no equity in the property to secure the second position lien which BANK OF AMERICA holds on the property.

VI

11 U.S.C. §506(a) provides that a creditor asserting a lien on property of the estate is secured only to the extent that there is equity in the property to secure the

lien and is unsecured to the extent that there is not adequate equity to secure the lien.

### VII

Since there is no equity in the property to secure in any way the second position lien of Defendant BANK OF AMERICA, it is to be deemed as a general unsecured creditor and its lien must be taken off the property. Pursuant to 11 U.S.C. §506(a), this Court must "strip" the lien held by Defendant BANK OF AMERICA, off the property, leaving the property subject only to the first lien in favor of CITIMORTGAGE.

### VIII

Plaintiffs have filed a Plan of Reorganization in which they provided for their intent to "strip" the lien of BANK OF AMERICA and treat it as a general unsecured creditor.

WHEREFORE, Plaintiffs pray for relief as follows:

1. Determine that the claim of Defendant, BANK OF AMERICA, is unsecured, based upon the current value of the subject property;

2. Enter an Order removing the lien held by Defendant, BANK OF AMERICA, so that Plaintiffs own the house free and clear of the second lien of BANK OF AMERICA, claim;

3. Award such other and further relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED this 6th day of January, 2010.

DECONCINI, MCDONALD, YETWIN & LACY, PC

/s/ Lawrence D. Hirsch, #004982
Lawrence D. Hirsch, Esq.
7310 North 16th Street, Suite 330

Phoenix, Arizona 85020
Attorney for the Debtors/Plaintiffs

*A copy of the foregoing transmitted by certified mail return receipt to this 6th day of January 2010 to:*

Bank of America N.A.
attn: Alice A. Herald, Secretary
401 N Tryon St
Nc1-021-02-20
Charlotte,Nc 28255

A copy of the foregoing mailed
this 6th day of January 2010 to:

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706

CT Corporation Systems
as agent for Bank of America N.A.
2394 E. Camelback Rd.
Phoenix, AZ 85016

Bank of America N.A.
P.O. Box 30686
Los Angeles, CA 90030-0686

Citi Mortgage
P.O. Box 6006
The Lakes NV 88901-0000


\s\Linda G. Shanks
Legal Assistant to Lawrence D. Hirsch

| | INVOICE | 10/05/2009 | 829elo_2 |
|---|---|---|---|
| Instant Certified Appraisals<br>**P. O. Box 6217**<br>**Scottsdale, AZ 85261**<br>**866-664-7700** | | DATE | NUMBER |

Client: Deidre Krystek / Yuerg Eichmann

| Item | | Total |
|---|---|---|
| APPRAISAL FEE FOR SERVICES RENDERED | $ | 125.00 |
| Fee Collected - Thanks! | | -125.00 |

Borrower: Deidre Krystek / Yuerg Eichmann
829 E Lola Dr
Phoenix, AZ  85022-1132
Turtle Run MCR 246-26 Block 1005 Lot 86

Total: $

Thank you

**File No.** 829elo_2



# SUMMARY APPRAISAL REPORT

OF THE REAL PROPERTY LOCATED AT

829 E Lola Dr
Phoenix, AZ 85022-1132

for

Deidre Krystek / Yuerg Eichmann

as of

10/02/2009

by

Aram Autry
P. O. Box 6217
Scottsdale, AZ 85261

Instant Certified Appraisals

# Exterior-Only Inspection Residential Appraisal Report

File # 829elo 2

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 829 E Lola Dr |
| City | Phoenix |
| State | AZ |
| Zip Code | 85022-1132 |
| Borrower | Deidre Krystek / Yuerg Eichmann |
| Owner of Public Record | Borrower |
| County | Maricopa |
| Legal Description | Turtle Run MCR 246-26 Block 1005 Lot 86 |
| Assessor's Parcel # | 214-12-265 |
| Tax Year | 2008 |
| R. E. Taxes $ | 852 |
| Neighborhood Name | Turtle Run |
| Map Reference | Maricopa County |
| Census Tract | 303.08 |
| Occupant | [ ] Owner [X] Tenant [ ] Vacant |
| Special Assessments $ | N/A |
| [X] PUD HOA $ | 130 [ ] per year [X] per month |
| Property Rights Appraised | [X] Fee Simple [ ] Leasehold [ ] Other (describe) |
| Assignment Type | [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Loan Modification |
| Lender/Client | Deidre Krystek / Yuerg Eichmann  Address |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of the appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). The subject has not been offered for sale within the last 12 months per MLS records.

## CONTRACT

I [ ] did [X] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The subject is being appraised for loan modification issues and no contract was necessary for completion of this appraisal.

Contract Price $ FMV  Date of Contract N/A  Is the property seller the owner of public record? [-] Yes [-] No  Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [-] Yes [-] No
If Yes, report the total dollar amount and describe the items to be paid. N/A

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Percent Land Use % |
|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values [ ] Increasing [ ] Stable [X] Declining | PRICE  AGE | One-Unit 70.0% |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [ ] In Balance [X] Over Supply | $ (000)  (yrs) | 2-4 Unit 10.0% |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 30 Low  13 | Multi-Family 5.0% |
| Neighborhood Boundaries  The subject is bounded by Union Hills Dr to the north, 20th St to the east, Bell Rd to the south, and 7th St to the west. | | 280 High  53 | Commercial 10.0% |
| | | 180 Pred.  30 | Other 5 - Rec % |

Neighborhood Description  *** See Additional Comments ***

Market Conditions (including support for the above conclusions)  *** See Additional Comments ***

## SITE

| Field | Value |
|---|---|
| Dimensions | See Attached Site Plan |
| Area | 1183 Per County |
| Shape | Irregular |
| View | Residential |
| Specific Zoning Classification | M-M |
| Zoning Description | Multi-Family, Medium Density |
| Zoning Compliance | [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) |

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | X | | Water | X | | Street Asphalt | X | |
| Gas | | None | Sanitary Sewer | X | | Alley None | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone X500  FEMA Map # 040051 1220J  FEMA Map Date 2005-09-30

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe

## IMPROVEMENTS

Source(s) Used for Physical Characteristics of Property [ ] Appraisal Files [X] MLS [X] Assessment and Tax Records [ ] Prior Inspection [X] Property Owner
[ ] Other (describe)  Data Source(s) for Gross Living Area Assessor

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units [X] One [ ] One with Accessory Unit | [X] Concrete Slab [ ] Crawl Space | [X] FWA [ ] HWBB | [ ] Fireplace(s) # 0FP | [ ] None |
| # of Stories 1 | [ ] Full Basement [ ] Finished | [ ] Radiant | [ ] Woodstove(s) # | [ ] Driveway # of Cars N/A |
| Type [ ] Det. [X] Att. [ ] S-Det./End Unit | [ ] Partial Basement [ ] Finished | [ ] Other | [ ] Patio/Deck | Driveway Surface N/A |
| [X] Existing [ ] Proposed [ ] Under Const. | Exterior Walls Stucco | Fuel Electric | [X] Porch | [ ] Garage # of Cars N/A |
| Design (Style) Ranch/Avg | Roof Surface Built Up | [ ] Central Air Conditioning | [ ] Pool | [X] Carport # of Cars One |
| Year Built 1984 | Gutters & Downspouts Scuppers | [X] Individual | [X] Fence | [ ] Attached [ ] Detached |
| Effective Age (Yrs) 12 | Window Type Casement | [ ] Other | [ ] Other | [ ] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer  Other (describe)

Finished area **above** grade contains:  4 Rooms  2 Bedrooms  1.00 Bath(s)  858 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)  None noted as no interior inspection was completed.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).
*** See Additional Comments ***

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No
If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No If No, describe

# Exterior-Only Inspection Residential Appraisal Report

File # 829elo_2

There are 19 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 35,400 to $ 135,400.
There are 20 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 31,000 to $ 195,000.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 829 E Lola Dr Phoenix | 802 E Morningside Dr Phoenix | | 17225 N 16th St, #3 Phoenix | | 867 E Lola Dr Phoenix | |
| Proximity to Subject | | 0.06 miles SW | | 0.95 miles SE | | 0.04 miles E | |
| Sale Price | $ | $ 55,000 | | $ 42,500 | | $ 69,900 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 79.94 sq. ft. | | $ 42.20 sq. ft. | | $ 81.47 sq. ft. | |
| Data Source(s) | | MLS#4200093 | | MLS#4171360 | | MLS#4115601 | |
| Verification Source(s) | | Assessor#214-12-249 | | Assessor#214-09-183 | | Assessor#214-12-305 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | FHA No Seller Points | | Cash No Seller Points | | FHA No Seller Points | |
| Date of Sale/Time | | 8/14/2009 | | 9/22/2009 | | 8/26/2009 | |
| Location | Suburban/Avg | Suburban/Avg | | Suburban/Avg | | Suburban/Avg | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1183 sq ft | 1164 sq ft | | 1138 sq ft | | 1100 sq ft | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Single Level | Single Level | | Single Level | | Single Level | |
| Quality of Construction | Stucco/Avg | Stucco/Avg | | Stucco/Avg | | Stucco/Avg | |
| Actual Age | 25 Years | 26 Years | | 25 Years | | 26 Years | |
| Condition | Average Good | Average Good | | Average Good | | Average Good | |
| Above Grade Room Count | Total 4 Bdrms. 2 Baths 1.00 | Total 4 Bdrms. 1 Baths 1.00 | 2,000 | Total 4 Bdrms. 2 Baths 1.00 | | Total 4 Bdrms. 2 Baths 1.00 | |
| Gross Living Area | 858 sq. ft. | 688 sq. ft. | 2,550 | 1,007 sq. ft. | -2,235 | 858 sq. ft. | |
| Basement & Finished Rooms Below Grade | Slab/Typical None | Slab/Typical None | | Slab/Typical None | | Slab/Typical None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAE/CA | FAE/CA | | FAE/CA | | FAE/CA | |
| Energy Efficient Items | Average | Average | | Average | | Average | |
| Garage/Carport | 1 Car Carport | 1 Car Carport | | 1 Car Carport | | 1 Car Carport | |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Fireplace | 0FP | 0FP | | 0FP | | 0FP | |
| Fence/Pool | Fence/No Pool | Fence/No Pool | | Fence/No Pool | | Fence/No Pool | |
| Net Adjustment (Total) | | X + - | $ 4,550 | + X - | $ -2,235 | + - | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 8.3% Gross Adj. 8.3% | $ 59,550 | Net Adj. 5.3% Gross Adj. 5.3% | $ 40,265 | Net Adj. 0.0% Gross Adj. 0.0% | $ 69,900 |

I X did  ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did  X did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s)  County Records
My research X did  ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s)  County Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | None found | 3/13/2009 | 4/24/2009 | None found |
| Price of Prior Sale/Transfer | In | 117,964 | 101,150 | in |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 10/02/2009 | 10/02/2009 | 10/02/2009 | 10/02/2009 |

Analysis of prior sale or transfer history of the subject property and comparable sales  No sales other than those listed were found.

Summary of Sales Comparison Approach  Three sales were taken from the subject's immediate area. These sales are the most similar in size, style, age, location and utility available. Sale #1 lost credit for having fewer bedrooms than the subject. All sales were within the last sixty days and considered to be the best indicators of market value available. All sales were used in the final valuation.

Indicated Value by Sales Comparison Approach $60,000

Indicated Value by: Sales Comparison Approach $ 60,000  Cost Approach (if developed) $ N/A  Income Approach (if developed) $ N/A
The Sales Comparison Analysis offers the best indication of value for the subject property and was given primary weight. Neither the Cost Approach nor the Income Approach were considered as they are outside the scope of this appraisal.

This appraisal is made X "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  This appraisal is subject to the attached limiting conditions. Information is deemed reliable but not guaranteed.
Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $60,000 , as of 10/02/2009 , which is the date of inspection and the effective date of this appraisal.

# Exterior-Only Inspection Residential Appraisal Report

File # 829elo_2

## ADDITIONAL COMMENTS

Clarification of Certification with regard to the Scope of Work

For the purpose of this appraisal, the statement "complete visual inspection" consist of a general observation of the property characteristics normal to the market place. This inspection is NOT to be considered or construed as the same type of inspection conducted or performed by a Professional Home Inspector.

Additional Comments pertaining to Scope of Work

The scope of work for this assignment is not to include a professional home inspection, environmental inspection, flood certification, mechanical inspection, plumbing inspection or electrical inspection. The appraiser is not qualified to do a complete inspection in these areas of expertise and it is not in the scope of work to perform such inspections. The person reading this report should in no way rely on this assignment or construe it as a professional home inspection, environmental inspection, flood certification, roof inspection or a report as to the soundness of the structure. These are separate reports performed by qualified professionals in their field of expertise. These items are not included in the scope of work for the appraiser for this assignment.

The definition of market value for this report was obtained from Fannie Mae or taken from USPAP.

The cost approach has only been developed by the appraiser as an analysis to support their opinion of the property's market value. Use of this data, in whole or part, for other purposes is not intended by the appraiser. Nothing set forth in the appraisal should be relied upon for the purpose of determining the amount or type of insurance coverage to be placed on the subject property. The appraiser assumes no liability for and does not guarantee that any insurable value estimate inferred from this report will result in the subject property being fully insured for any loss that may be sustained. Further, the cost approach may not be a reliable indication of replacement or reproduction cost for any date other than the effective date of this appraisal due to changing costs of labor and materials and due to changing building codes and governmental regulations and requirements.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) Site value is derived from the allocation method or the extraction method, and estimated to be $20,000.

| | | |
|---|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ................................= $ | 0 |
| Source of cost data  N/A | Dwelling    Sq. Ft. @ $         ..........= $ | 0 |
| Quality rating from cost service  N/A   Effective date of cost data  N/A |    Sq. Ft. @ $         ..........= $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | |
| N/A | Garage/Carport   Sq. Ft. @ $         ..........= $ | |
| | Total Estimate of Cost-New   ..........= $ | 0 |
| | Less     Physical    Functional    External | |
| | Depreciation                          = $( | 0) |
| | Depreciated Cost of Improvements ..........= $ | 0 |
| | "As-is" Value of Site Improvements ..........= $ | N/A |
| Estimated Remaining Economic Life (HUD and VA only)  48  Years | Indicated Value By Cost Approach ..........= $ | 0 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ N/A  X Gross Rent Multiplier  N/A  = $     Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☒ No   Unit type(s) ☐ Detached  ☒ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project  N/A

Total number of phases  N/A     Total number of units  N/A     Total number of units sold  N/A

Total number of units rented  N/A     Total number of units for sale  N/A     Data Source(s)  N/A

Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No  If Yes, date of conversion  N/A

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No   Data Source(s)  N/A

Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No  If No, describe the status of completion.  N/A

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No  If Yes, describe the rental terms and options.  N/A

Describe common elements and recreational facilities  N/A

# Exterior-Only Inspection Residential Appraisal Report   File # 829elo_2

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Instant Certified Appraisals

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

**Exterior-Only Inspection Residential Appraisal Report**  File # 829elo 2

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature _(signed)_
Name  Aram Autry
Company Name  Instant Certified Appraisals
Company Address  P. O. Box 6217
Scottsdale, AZ 85261
Telephone Number  866-664-7700
Email Address
Date of Signature and Report  October 5, 2009
Effective Date of Appraisal  10/02/2009
State Certification #  AZ21182
or State License #
or Other (describe) _____  State # _____
State  AZ
Expiration Date of Certification or License  2/28/2011
ADDRESS OF PROPERTY APPRAISED
829 E Lola Dr
Phoenix, AZ  85022-1132

APPRAISED VALUE OF SUBJECT PROPERTY $ 60,000
LENDER/CLIENT
Name
Company Name  Deidre Krystek / Yuerg Eichmann
Company Address

Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY
☐ Did not inspect exterior of subject property
☐ Did inspect exterior of subject property from street
  Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
  Date of Inspection

| | | | | |
|---|---|---|---|---|
| | | | File No. | 829elo_2 |

**ADDITIONAL COMMENTS**

| | |
|---|---|
| Borrower or Owner | Deidre Krystek / Yuerg Eichmann |
| Property Address | 829 E Lola Dr |
| City Phoenix | County Maricopa  State AZ  Zip Code 85022-1132 |
| Lender or Client | Deidre Krystek / Yuerg Eichmann |

## NEIGHBORHOOD DESCRIPTION
The subject is located in the Turtle Run subdivision of the Phoenix, Arizona marketplace. The area is composed of mainly single and multi level homes of mixed designs and sizes. Property maintenance in this market ranges from average to good with few exceptions. Commercial development, employment and support facilities are convenient to the market being located along major roads. There were no adverse external influences noted at the time of inspection. Access Interstate 17 and Highway 101 is good

## MARKET CONDITIONS
Market conditions in the subject neighborhood are experiencing depreciation with supply currently exceeding demand. Interest rates remain attractive with 30-year fixed loans near 5.3%. Typical marketing times in this area are less than 180 days, with some exceptions. The general Phoenix area is still declining due to a high amount of foreclosures as some homeowners are not willing to pay for mortgages originated during the highs of 2005 and 2006. A recent increase in unemployment, bank failures, low consumer sentiment, lack of credit, and high interest rates of resetting adjustable rate mortgages are all contributing to this decrease. Recent reports also indicate population loss adding to supplies of homes for sale. Due to this decline, it is typical for some sellers opting to pay some or all of the buyer's closing costs.

## CONDITION OF THE IMPROVEMENTS
The subject is a 25 year old ranch townhome with a stucco exterior and a built-up roof. There is a covered porch to the front. At the time of the inspection the subject was considered to be in average good condition. No external or functional obsolescence was noted at the time of the inspection.

## ADDITIONAL COMMENTS
DIGITAL SIGNATURES: The signature(s) affixed to the report, and certification, were applied by the original appraiser(s) or supervisory appraiser and represent their acknowledgements of the facts, opinions and conclusions found in the report. Each appraiser(s) applied his or her signature electronically using a password encrypted method. Hence, these signatures have more safeguards and carry the same validity as the individual's hand applied signature. If the report has a hand-applied signature, this comment does not apply.

EXPOSURE TIME: By studying the sale of similar comparable residential properties within the same value ranges as defined in the neighborhood section of the report, the appraiser estimates that the exposure time for the subject property is equal to the indicated marketing time identified in the neighborhood section of this report.

HIGHEST AND BEST USE AS IMPROVED: The highest and best use as improved is the present use as a single family residential, base on the residential zoning and the appraiser's familiarity with the residential nature of the subject's neighborhood. This is the reasonably probable and legal use that is physically possible, appropriately supported, financially feasible, and results in the highest value.

INTENDED USE / INTENDED USER: The intended user of this appraisal report is the Lender/Client. The intended use is to evaluate the property that is the subject of this appraisal for loan modification; subject to the stated Scope of Work, purpose of the appraisal, reporting requirements and Definition of Market Value. No additional intended users are identified by me in the report.

| | | | | |
|---|---|---|---|---|
| | | | File No. | 829elo_2 |

## PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Deidre Krystek / Yuerg Eichmann |
| Property Address | 829 E Lola Dr |
| City Phoenix | County Maricopa State AZ Zip Code 85022-1132 |
| Client | Deidre Krystek / Yuerg Eichmann |



**FRONT VIEW OF SUBJECT PROPERTY**

**REAR VIEW OF SUBJECT PROPERTY**



**STREET SCENE OF SUBJECT PROPERTY**

# PHOTOGRAPH ADDENDUM

| | |
|---|---|
| Borrower or Owner | Deidre Krystek / Yuerg Eichmann |
| Property Address | 829 E Lola Dr |
| City | Phoenix |
| County | Maricopa |
| State | AZ |
| Zip Code | 85022-1132 |
| Client | Deidre Krystek / Yuerg Eichmann |



### COMPARABLE #1

802 E Morningside Dr
Phoenix

| | |
|---|---:|
| Price | $55,000 |
| Price/SF | 79.94 |
| Date | 8/14/2009 |
| Age | 26 Years |
| Room Count | 4-1-1.00 |
| Living Area | 688 |
| **Value Indication** | $59,550 |



### COMPARABLE #2

17225 N 16th St, #3
Phoenix

| | |
|---|---:|
| Price | $42,500 |
| Price/SF | 42.20 |
| Date | 9/22/2009 |
| Age | 25 Years |
| Room Count | 4-2-1.00 |
| Living Area | 1,007 |
| **Value Indication** | $40,265 |



### COMPARABLE #3

867 E Lola Dr
Phoenix

| | |
|---|---:|
| Price | $69,900 |
| Price/SF | 81.47 |
| Date | 8/26/2009 |
| Age | 26 Years |
| Room Count | 4-2-1.00 |
| Living Area | 858 |
| **Value Indication** | $69,900 |



| | | |
|---|---|---|
| | **SITE PLAN** | File No. 829elo_2 |
| Borrower or Owner | Deidre Krystek / Yuerg Eichmann | |
| Property Address | 829 E Lola Dr | |
| City Phoenix | County Maricopa State AZ | Zip Code 85022-1132 |
| Client | Deidre Krystek / Yuerg Eichmann | |



Instant Certified Appraisals

# FLOOD MAP

| | | | | |
|---|---|---|---|---|
| File No. | 829elo_2 | | | |
| Borrower or Owner | Deidre Krystek / Yuerg Eichmann | | | |
| Property Address | 829 E Lola Dr | | | |
| City Phoenix | County Maricopa | State AZ | Zip Code 85022-1132 | |
| Client | Deidre Krystek / Yuerg Eichmann | | | |

## Flood Zones

- 🟨 Areas inundated by 500-year flooding
- ⬜ Areas outside of the 100- and 500-year flood plains
- 🟪 Areas inundated by 100-year flooding
- 🟦 Areas inundated by 100-year flooding with velocity hazard
- 🟪 Floodway areas
- 🟦 Floodway areas with velocity hazard
- 🟨 Areas of undetermined but possible flood hazards
- 🟩 Areas not mapped on any published FIRM

## Flood Zone Determination

Latitude: 33.650152391854
Longitude: -112.062704962151
Community Name: *PHOENIX, CITY OF*
Community: 040051
SFHA (Flood Zone): *Out*
Within 250 ft. of multiple flood zones: *No*
Zone: *X500*
Panel: *1220J*  Panel Date: *2005-09-30*
FIPS Code: *04013*  Census Tract: *303.08*

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party is authorized to use or rely on this Report for any purpose. NEITHER FIRST AMERICAN FLOOD DATA SERVICES NOR THE SELLER OF THIS REPORT MAKES ANY REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY OR COMPLETENESS OF THIS REPORT, INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Neither FARES nor the seller of this Report shall have any liability to any third party for any use or misuse of this Report.

| | | | | |
|---|---|---|---|---|
| File No. | | | | 829elo_2 |

## LICENSE

Borrower or Owner: Deidre Krystek / Yuerg Eichmann
Property Address: 829 E Lola Dr
City: Phoenix    County: Maricopa    State: AZ    Zip Code: 85022-1132
Client: Deidre Krystek / Yuerg Eichmann



STATE OF ARIZONA
# BOARD OF APPRAISAL

BE IT KNOWN THAT

### ARAM R. AUTRY

HAS MET ALL THE REQUIREMENTS AS A

*Certified Residential Real Estate Appraiser*

In accordance with Arizona Revised Statutes and on authority of the Board of Appraisal, State of Arizona.

This certificate shall remain evidence thereof unless or until the same is suspended, revoked or expires in accordance with the provisions of law.

CERTIFICATE NUMBER
21182
EXPIRATION DATE
FEBRUARY 28, 2011

In witness whereof the Arizona Board of Appraisal caused to be signed by the Chair of the Board and the Executive Director

Chair, Board of Appraisal    2/4/09
Executive Director of the Board of Appraisal    2/4/09

SHALL REMAIN PROPERTY OF ARIZONA BOARD OF APPRAISAL